UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
EVA MARDAK,

                Plaintiff,                    16 CV 4008 (CBA)

  -against-

SKYLINE AUTO LEASING, INC.;
STEVE KOYFMAN; BMW OF MORRISTOWN;
And HSF ENTERPRISES, INC. d/b/a MERCEDES
BENZ OF CHERRY HILL; OPEN ROAD AUTO
GROUP; and CHRISTOPHER AMICO
                Defendants.
-------------------------------------------------------------------x

## NOTICE OF DEPOSITION

      Plaintiff Eva Mardak, pursuant to FRCP 26 and 30, gives notice that she will take the deposition on oral examination of the defendant Steve Koyfman on April 12, 2019 at 10:00 a.m., at Mallon Consumer Law Group, PLLC, One Liberty Plaza, Suite 2301, New York, NY 10006.  The deposition will be recorded by stenographic means and will be videotaped.  The deposition will continue from day to day until completed.

      Please be advised that Plaintiff also requests that Defendant Steve Koyfman bring with him responsive documents to the attached Rule 34 requests to the deposition.

Dated:  April 3, 2019                      Respectfully submitted,

                                                    Kevin C. Mallon
                                                    Mallon Consumer Law Group, PLLC
                                                    One Liberty Plaza, Suite 2301
                                                    New York, NY  10006
                                                    (646) 759-3663
                                                    consumer.esq@outlook.com
                                                    *Attorneys for Plaintiff Eva Mardak*